### Arthur VANMOOR, Plaintiff–Appellant,

v.

### SONOCO PRODUCTS COMPANY, INC., Defendant–Appellee.

#### No. 02–1382.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2003.

is no suggestion in this case that Mr. Roy's

Before CLEVENGER, RADER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.